IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ERIC BURNETT, | ) | |
| | ) | |
| Petitioner/Defendant, | ) | |
| | ) | |
| vs. | ) | Civil No. 10-CV-164-JPG |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Criminal No. 01-CR-40017-JPG |
| | ) | |
| Respondent/Plaintiff. | ) | |

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Eric Burnett's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is denied, that judgment is entered in favor of respondent United States of America and against petitioner Eric Burnett, and that this case is dismissed with prejudice.

DATED: May 9, 2011                          NANCY J. ROSENSTENGEL, Clerk of Court

                                                                       s/Brenda K. Lowe, Deputy Clerk


**Approved:**  s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**