IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ERIC BURNETT, | ) | |
| | ) | |
| Petitioner/Defendant, | ) | |
| | ) | |
| vs. | ) | Civil No. 10-CV-164-JPG |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Criminal No. 01-CR-40017-JPG |
| | ) | |
| Respondent/Plaintiff. | ) | |

### JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Eric Burnett's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is granted, that judgment is entered in favor of petitioner Eric Burnett and against respondent United States of America; and that the judgment of revocation against petitioner Eric Burnett in Criminal Case No. 01-cr-40017-JPG (Doc. 448) is vacated and a substantively identical amended judgment be entered forthwith to allow petitioner Eric Burnett the opportunity to proceed as if on direct appeal.

**DATED: April 5, 2012**               NANCY J. ROSENSTENGEL, Clerk of Court

                                                                s/ Jina Hoyt, Deputy Clerk


**Approved:**    s/ J. Phil Gilbert
                        **J. PHIL GILBERT**
                        **DISTRICT JUDGE**